**COMMONWEALTH of Pennsylvania,
Appellee,**

v.

**Imanuel Bassil ALI, a/k/a Emanuel
Lester, Appellant.**

Supreme Court of Pennsylvania.

Aug. 24, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of August, 2007, the above captioned appeal is quashed.